UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, et al.,

    Plaintiffs,

v.

HIGHLINE SCHOOL DISTRICT
NO. 401, et al.,

    Defendants.

C17-1917 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Motion to Continue Trial Date, docket no. 38, is GRANTED. The Court issues the following amended schedule:

| | |
|---|---|
| **JURY TRIAL** set for | June 17, 2019 |
| Amended Pleadings due by | November 26, 2018 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | November 26, 2018 |
| Discovery motions filing deadline | January 17, 2019 |
| Discovery completion deadline | February 25, 2019 |
| Dispositive Motions filing deadline | March 28, 2019 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Motions in Limine filing deadline | | May 16, 2019 |
| Agreed Pretrial Order due | | May 31, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | | May 31, 2019 |
| Pretrial conference scheduled for | | June 7, 2019 at 1:30 PM |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 19, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk