UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, et al.,

    Plaintiffs,

v.

HIGHLINE SCHOOL DISTRICT
NO. 401, et al.,

    Defendants.

C17-1917 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 46, is GRANTED, and plaintiffs are granted leave to electronically file their Third Amended Complaint within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of November, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1