UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, et al.,

        Plaintiffs,

  v.

HIGHLINE SCHOOL DISTRICT
NO. 401, et al.,

        Defendants.

C17-1917 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to continue the trial date and related deadlines, docket no. 55, is GRANTED as follows:

| | |
|---|---|
| **JURY TRIAL** (3-5 days) set for | January 27, 2020 |
| Expert Witness Disclosure/Reports pursuant to FRCP 26(a)(2) due by | July 8, 2019 |
| Discovery motions filing deadline | August 29, 2019 |
| Discovery completion deadline | October 7, 2019 |
| Dispositive Motions filing deadline | October 31, 2019 |
| Motions related to expert witnesses (*e.g.*, Daubert motions)[1] due by | November 7, 2019 |

---

[1] Any Daubert or similar motion shall be noted for the third Friday after filing, and will be considered together with any timely filed dispositive motion.

MINUTE ORDER - 1

| | | |
|---|---|---|
| Motions in Limine filing deadline | | December 19, 2019 |
| Agreed Pretrial Order[2] due | | January 10, 2020 |
| Trial briefs, proposed voir dire questions, and jury instructions due | | January 10, 2020 |
| Pretrial conference scheduled for 1:30 p.m. on | | January 17, 2020 |

(2) Notwithstanding Local Civil Rule 16.1, the exhibit list, which is to be included in the Pretrial Order, shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column.

(3) All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 19, as amended by the Minute Order entered August 13, 2018, docket no. 39, shall remain in full force and effect.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.