UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, et al.,

    Plaintiffs,

v.

HIGHLINE SCHOOL DISTRICT
NO. 401, et al.,

    Defendants.

C17-1917 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to continue the trial date and related deadlines, docket no. 61, is GRANTED as follows:

| | |
|---|---|
| **JURY TRIAL** (3-5 days) set for | **May 18, 2020** |
| Expert Witness Disclosure/Reports pursuant to FRCP 26(a)(2) due by | October 18, 2019 |
| Discovery motions filing deadline | December 5, 2019 |
| Discovery completion deadline | January 31, 2020 |
| Dispositive Motions filing deadline | February 6, 2020 |
| Motions related to expert witnesses (*e.g.*, Daubert motions) due by | February 13, 2020 |

MINUTE ORDER - 1

| | |
|---|---|
| Motions in Limine filing deadline | April 16, 2020 |
| Agreed Pretrial Order due | May 1, 2020 |
| Trial briefs, proposed voir dire questions, and jury instructions due | May 1, 2020 |
| Pretrial conference scheduled for 1:30 p.m. on | May 8, 2020 |

(2) All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 19, as amended by the Minute Order entered August 13, 2018, docket no. 39, and the Minute Order entered January 24, 2019, docket no. 56, shall remain in full force and effect.

(3) Plaintiffs' motion for summary judgment, docket no. 58, which was filed on June 11, 2019, and originally noted for July 19, 2019, has been renoted by the movants to August 16, 2019, *see* Notice (docket no. 60). If the parties are not prepared to complete briefing on the motion by the current noting date, plaintiffs shall withdraw their motion and refile it, if necessary, at a later date.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of July, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2