UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HIGHLINE SCHOOL DISTRICT NO. 401; and SCHOOLS INSURANCE ASSOCIATION OF WASHINGTON, <br><br> Defendants. | C17-1917 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     In light of the Court's rulings on plaintiffs' motion for summary judgment and defendants' motion for leave to amend, _see_ Order (docket no. 106), both plaintiffs' motion for protective order, docket no. 88, and defendant Schools Insurance Association of Washington's motion to compel, docket no. 95, are STRICKEN as moot.

(2)     The Court DECLINES to award attorneys' fees or costs to any party in connection with the discovery motions addressed in this Minute Order.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of February, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1